In re Gaspard, Ronald; — Defendant(s); applying for supervisory and/or remedial writs; Parish of Jefferson, 24th Judicial District Court, Div. “D”, No. 92-4673; to the Court of Appeal, Fifth Circuit, No. 92-KW-0853.
Granted. Bail is reduced as follows:
REDUCED TO CHARGES BOND
$ 10,000.00 14:66 extortion $ 20,000.00
$ 10,000.00 14-66 extortion $ 20,000.00
$ 20,000.00 14:40.1 terrorizing $ 30,000.00
$ 20,000.00 14:40.1 terrorizing $ 30,000.00
$ 10,000.00 14:285 harassing phone calls $ 20,000.00
$ 10,000.00 14:285 harassing phone calls $ 20,000.00
$100,000.00 14:44.1 kidnapping $150,000.00
$ 10,000.00 14:62 simple burglary $ 50,000.00
$ 5,000.00 14:67 theft $ 10,000.00
14:69 possession of stolen property $ 10,000.00 o o o o o
14:63 criminal trespass $ 50.00 cn p o o
$200,050.00 TOTAL BOND $360,050.00